IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| EDWIN BLYTHERS, ) | |
| ) | Civil Action File No.: |
| Plaintiff, ) | 2009cv179577 |
| ) | |
| vs. ) | |
| ) | |
| TROY CHILSON ALLEN, s/h/a ) | |
| TROY A. CHILSON and JANDO ) | |
| TRUCKING, d/b/a JANDO ) | |
| TRUCKING, INC., ) | |
| ) | |
| Defendants. ) | |

FILED IN OFFICE
JAN 19 2010
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## DEFENDANTS' ANSWER TO COMPLAINT

COME NOW, Troy Chilson Allen and Jando Trucking, Inc., Defendants in the above-styled civil action, and present this their Answer to the Complaint and show the court as follows:

### FIRST DEFENSE

At all times relevant to the matters complained of in the Complaint, these Defendants exercised that degree and skill of care required of them by law.

### SECOND DEFENSE

There is no causal connection between any alleged act or omission on the part of these Defendants in any of the alleged injuries or damages suffered by Plaintiff.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the expiration of the statute of limitations.



EXHIBIT B

## **FOURTH DEFENSE**

Defendants respond to the numbered allegations of the Complaint as follows:

1.

Defendants admit the allegations of paragraph 1 of the Complaint.

2.

Defendants lack sufficient information to form a belief as to the truthfulness of the allegations of paragraph 2 of the Complaint. Therefore those allegations can neither be admitted nor denied at this time.

3.

In response to the allegations of paragraph 3 of the Complaint, Defendants admit that Defendant Chilson was operating a vehicle in the course and scope of his employment with Defendant Jando Trucking on January 6, 2008 on Fulton Industrial Boulevard, Fulton County, Georgia. Defendants further admit that a collision occurred at that time. Defendants deny the remaining allegations of paragraph 3.

4.

Defendants deny the allegations of paragraphs 4, 5, 6, 7, 8, 9, 10, 11, and 12 of the Complaint.

5.

In response to the allegations of paragraph 13 of the Complaint, Defendants incorporate, as if fully set forth herein, their responses to paragraphs 1 through 12.

6.

In response to paragraph 14 of the Complaint, Defendants admit that Defendant Chilson was an employee or agent of Defendant Jando Trucking, Incorporated and was acting with the course and scope of his employment for the benefit of Jando Trucking at the time of the subject collision. To the extent that paragraph 14 of the Complaint alleges any negligence on behalf of Defendants, those allegations denied.

7.

Defendant deny the allegations of paragraph 15 of the Complaint.

8.

In response to the allegations of paragraph 16 of the Complaint, Defendants incorporate, as if fully set forth, herein their responses to paragraphs 1 through 15.

9.

Defendants deny the allegations of paragraphs 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27 of the Complaint.

10.

Defendants deny the allegations of paragraph 27 of the Complaint

11.

Defendants deny each and every allegation of the Complaint not responded to in the preceding paragraphs, including those allegations contained in the wherefore clauses of Plaintiff's Complaint.

WHEREFORE, having fully responded to the Complaint, these Defendants demand a trial by a jury and that they be dismissed with costs taxed against the Plaintiff.

        Respectfully submitted,

        CARLOCK, COPELAND & STAIR, LLP

By: _____
        D. GARY LOVELL, JR.
        State Bar No.: 459389
        ERIC J. D. ROGERS
        State Bar No.: 100081

        Attorneys for Defendants

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1235
(404) 522-8220

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Omar R. Mark Zamora<br>
PO Box 660216<br>
Atlanta, GA 30366

This 19th day of January, 2010.

                                 CARLOCK, COPELAND & STAIR, LLP

                                 By: _____
                                        D. GARY LOVELL, JR.
                                        State Bar No.: 459389
                                        ERIC J. D. ROGERS
                                        State Bar No.: 100081

                                        Attorneys for Defendants

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1235
(404) 522-8220

2869392v.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Mark Zamora, Esq.
> P.O. Box 660216
> Atlanta, GA 30366

This 20th day of January, 2010.

By: _____
D. GARY LOVELL, JR.
State Bar No.: 459389

Attorney for Defendants

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220
..........
P.O. Box 56887
Atlanta, GA 30343-0887

4

STATE OF GEORGIA

COUNTY OF FULTON

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, D. GARY LOVELL, JR., first being duly sworn, deposes and says that he is of counsel for defendant and that the allegations of fact contained in the foregoing Notice of Removal are true and correct.

_____
D. GARY LOVELL, JR.

Sworn to and subscribed before me this 19th day of January, 2010.

_____
Notary Public

5

2872010v.1